AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**IRIZARRY et al.,**<br>Defendant. | **CASE NO. 20-mj-290 (SCC)** |

## APPEARANCE OF COUNSEL

To: The Clerk of this court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as **COUNSEL** for the United States of America. Any previous Assistant U.S. Attorney who has appeared in this case should be relieved.

<u>February 25, 2020</u>             W. STEPHEN MULDROW
Dated                                           United States Attorney

                                                     <u>*S/ Jose A.Contreras*</u>
                                                     Jose A. Contreras
                                                     Assistant U.S. Attorney
                                                     U.S.D.C. G00612
                                                     Torre Chardon
                                                     350 Avenida Carlos Chardon, Suite 1201
                                                     San Juan, Puerto Rico 00918-2142
                                                     Tel: 787-766-5656
                                                     Jcontreras2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 25TH day of February 2020.

*S/Jose A. Contreras*
Jose A. Contreras
U.S.D.C. G00612