**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

     **v.**                       **CASE NO. 3:20-MJ-0290-SCC-1**

**JOSE ISMAEL IRIZARRY, and**
**NATHALIA GOMEZ-IRIZARRY**

**OWNERS OF RECORD: Jose Ismael Irizarry Soto, Nathalia Gomez**
**Ramirez**

**GOVERNMENT'S NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-referenced criminal action was commenced on February 19, 2020, and is now pending in the United States District Court for the Middle District of Florida.

The United States of America is seeking to forfeit certain real property located at 611 Camino Carraizo St., Sabanera Dev., Dorado, Puerto Rico 00646, also known as parcel 037-056-369-59, origin 037-000-008-69, located at 611 Urb Sabanera Camino de Carraizo in Dorado, Puerto Rico, including all improvements thereon and appurtenances thereto.

The United States seeks forfeiture of the above property as proceeds of specified unlawful activity, as property involved in money laundering, as well as a substitute asset pursuant to the provisions of 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1). Further information concerning this action may be obtained from the records of the Clerk of Court for the United

States District Court, Middle District of Florida, 801 N. Florida Avenue, Suite

2, Tampa, FL 33602.


Dated: February 28, 2020

Respectfully submitted,

DEBORAH L. CONNOR
Chief, MLARS
U.S. Department of Justice

By:  /s/ Mark A. Irish
     Mark A. Irish
     PR Bar No. 209107
     Joseph Palazzo
     MA Bar No. 669666
     MLARS Trial Attorneys
     1400 New York Avenue, N.W.
     10th Floor
     Washington, D.C. 20005
     (202) 514-1263
     mark.irish2@usdoj.gov
     joseph.palazzo@usdoj.gov