# United States District Court for the District of Puerto Rico

United States of America

Plaintiff

V.

NATHALIA GOMEZ-IRIZARRY

Defendant

Criminal No. 20-MJ-290 SCC

MOTION: On December 17, 2020 defendant Nathalia Gomez- Irizarry was sentenced. At this time, I Linda Soto Varela respectfully request the return of the $10,000 bond I provided the courts.

Signature: [signature]

Name: Linda Soto Varela

Address: Avenida Lincoln 0-3 Parkville, Guaynabo

Telephone: (787)-407-6797

E-mail: lsoto520@gmail.com